471 A.2d 562

Regli, Appellant, v. Regli.

Reargument Denied March 6, 1984.

Petition for Allowance of Appeal
Denied June 22, 1984.

Argued July 12, 1983. Cheryl Anne Furey, for appellant; Paul William Callahan, for appellee.

Before CERCONE, President Judge, and ROWLEY and WIEAND, JJ.

Order affirmed.